**Entered on Docket
March 02, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 2, 2021

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 21-30124 HLB |
| JANICE L. GENVO, | ) Chapter 13 |
| Debtor. | ) |

**ORDER DENYING DEBTOR'S REQUEST FOR FURTHER EXTENSION OF TIME**

This case comes before the court on Debtor Janice Genvo's motion to extend the deadline to file the documents required by Section 521[1] and Bankruptcy Rule 1007.[2] The court has reviewed the Motion and hereby **DENIES** the Motion for lack of good cause shown.

**\*\*END OF ORDER\*\***

---

[1] Unless otherwise indicated, all statutory citations shall refer to Title 11 of the United States Code, aka the "Bankruptcy Code" and all citations to a "Bankruptcy Rule" shall refer to one of the Federal Rules of Bankruptcy Procedure.

[2] Dkt. 25 (the "Motion").

- 1 -

## Court Service List

Janice L. Genvo
620 Manor Drive
Pacifica, CA 94044