# FAX COVER SHEET

**To:**                                    **From:** Loan Sevicing

**Company:**                               **Date:** 02/25/21 03:28:28 PM

**Fax Number:** 18776557686                **Pages (Including cover):** 3

**Re:** Your Payoff Request

**Notes:**

Attached is your payoff request. Thank you for the opportunity to assist.

DISCLAIMER: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any accidental transmission. If you receive this message in error, please immediately destroy it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.
DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Fax2Mail



MONDAY - FRIDAY:   8AM - 10PM ET
SATURDAY:     8AM - 3PM ET

PHONE NUMBER:     (800) 365-7107
FAX NUMBER:     (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

February 25, 2021

ROSENBLATT, JASON
10410 GOLDEN PINE RD

TRUCKEE, CA 96161

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID:  0579243211
JASON ROSENBLATT                                                    Fax: (877) 655-7686
10410 GOLDEN PINE RD
TRUCKEE, CA   96161
Loan Type: Conventional

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address.  Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit.  The payoff is subject to final audit when presented.  Any overpayment or refunds will be mailed directly to the borrower.  We will prepare the release of our interest in the property after all funds have cleared.

| **Projected Payoff Date** | **3/24/2021** |
|---|---|
| Principal Balance | $356,088.02 |
| Interest To 3/24/2021 | $2,147.56 |
| Fees | $0.00 |
| Prepayment Penalty | $0.00 |
| Release Fees | $179.00 |
| Funds owed by borrower | $0.00 |
| Funds owed to borrower | ($4.28) |
| Deferred Principal | $1,606.95 |
| Deferred Interest | $2,483.25 |
| **Total Payoff** | **$362,500.50** |
| Per diem | $40.15 |

The next payment due date is 3/1/2021. Payments are made by Billing on a Monthly basis. The interest rate for this payment is 4.12500% and the P & I payment is 2,020.80.  The taxes are next due 4/10/2021.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Mailing Address
Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC 29601

Case: 21-30124   Doc# 30   Filed: 03/02/21   Entered: 03/02/21 14:27:53   Page 2 of 3



MONDAY - FRIDAY:   8AM - 10PM ET
SATURDAY:    8AM - 3PM ET

PHONE NUMBER:    (800) 365-7107
FAX NUMBER:    (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

Wiring Instructions - * You must include the "Reference" information listed below if wiring funds *

| | |
|---|---|
| Bank Name: | Wells Fargo |
| ABA Number: | 121000248 |
| Account Number: | 2020050813199 |
| Account Name: | Shellpoint Mortgage Servicing |
| Reference: | 0579243211 / |

PO1.rpt - Fax        18776567686@fax2mail.com
2/25/2021        20        1

Case: 21-30124   Doc# 30   Filed: 03/02/21   Entered: 03/02/21 14:27:53   Page 3 of 3